

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 4, 2025

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Krause v. Joyce*, No. 25-cv-6287 (JMF)

Dear Judge Furman:

    I write respectfully on behalf of the parties in the above-referenced matter, in which petitioner Julius Felix Maria Krause seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241, challenging his immigration detention. The parties are scheduled to appear before Your Honor on Tuesday, August 5, 2025, for an initial conference. (ECF No. 4).

    In accordance with the Court's order of August 1, 2025, the parties have conferred in advance of the conference and have agreed on a proposed briefing schedule, under which the government would file its opposition to the habeas petition by August 22, 2025, and the petitioner would file a reply by September 5, 2025. In light of the proposed briefing schedule, the parties do not believe that a conference is necessary at this time, but are available to attend the scheduled conference if the Court prefers to proceed with the conference.

    We thank the Court for its consideration of this submission.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Brandon M. Waterman*
BRANDON M. WATERMAN
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2743
E-mail: brandon.waterman@usdoj.gov

The parties' proposed schedule is hereby ADOPTED. In light of the parties' letter, the initial pretrial conference scheduled for August 5, 2025 is CANCELED as unnecessary.

SO ORDERED.

August 4, 2025

cc: Ibrahim Furkan Caglar, Esq. (by ECF)
    *Counsel for Petitioner*