

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

August 20, 2025

By ECF
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *Krause v. Joyce*, No. 25-cv-6287 (JMF)

Dear Judge Furman:

    This Office represents the government in the above-referenced habeas corpus action, in which the petitioner challenges his detention by U.S. Immigration and Customs Enforcement ("ICE"). Under the current briefing schedule, the government's opposition is due by August 22, and the petitioner's reply is due by September 5. ECF No. 9. I write respectfully to request that the Court vacate the briefing schedule and hold this case in abeyance because the petitioner is not currently in ICE custody; rather, he is in the custody of the U.S. Marshals pending extradition proceedings.

    I learned the following information earlier today. On August 8, 2025, the Honorable Judith McCarthy, U.S. Magistrate Judge, issued a writ of habeas corpus ad prosequendum directing the petitioner's release from ICE custody at the Orange County Jail to the custody of the U.S. Marshals no later than August 11, 2025, for extradition proceedings before the U.S. District Court for the Southern District of New York. On August 11, 2025, the petitioner was released from ICE custody to the custody of the U.S. Marshals, and he was presented that same day for an initial appearance before the Honorable Victoria Reznik, U.S. Magistrate Judge. At the initial appearance, an extradition hearing was scheduled for October 28, 2025, and the petitioner's detention was continued on consent without prejudice. *See In the Matter of the Extradition of Julius Felix Maria Krause*, SDNY No. 25 Mag. 2491, ECF No. 3 (Minute Entry). As of today's date, the petitioner remains in the custody of the U.S. Marshals at the Westchester County Jail pending his extradition proceedings.

    Because the petitioner is not currently in ICE custody, and because it is uncertain when or whether the petitioner may be returned to such custody, the Court should vacate the briefing schedule and hold this case in abeyance until such time as the petitioner is returned to ICE custody. The government also proposes that, within three business days after the parties receive notice that the petitioner has been returned to ICE custody, the parties be permitted to submit a joint letter informing the Court of such development and proposing how the matter should proceed at that point.

      I reached out to petitioner's counsel by email and phone earlier today, but as of the filing of this letter, I have not received a response.

      I thank the Court for its consideration of this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:    */s/ Brandon M. Waterman*
      BRANDON M. WATERMAN
      Assistant United States Attorney
      86 Chambers Street, Third Floor
      New York, New York 10007
      Telephone: (212) 637-2743
      E-mail: brandon.waterman@usdoj.gov

cc: Ibrahim Furkan Caglar, Esq. (by ECF)
    *Counsel for Petitioner*

Application GRANTED on consent. See ECF No. 14. The parties shall submit a joint letter regarding next steps by the earlier of October 31, 2025, or three business days after the parties receive notice that Petitioner has been returned to ICE custody. The Clerk of Court is directed to terminate ECF No. 13.

SO ORDERED.

*[signature]*

August 21, 2025

2